# EXHIBIT "A"

Transcript of the Testimony of
**Matthew Hall**

**Date:**
September 12, 2018

**Case:**
Mario Velazquez v. Ruben De La Rosa Martinez, et al

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION


MARIO A. VELAZQUEZ,

             Plaintiff,

vs.                Case No. 5:16-cv-00238


RUBEN DE LA ROSA MARTINEZ d/b/a

CRUCES INTERNACIONALES, MARTINEZ and

JUAN ALFONSO ALVARADO AMADOR,

             Defendants.

_____



     The Videotaped Deposition of MATTHEW GENE HALL,

     Taken at 1565 North Opdyke Road,

     Auburn Hills, Michigan,

     Commencing at 9:35 a.m.,

     Wednesday, September 12, 2018,

     Before Stacy K. Locher, CSR-5699.

Electronically signed by Stacy Locher (101-356-824-1446)                c772c124-4c31-41cd-b394-8e4ec5698037

 1   APPEARANCES:

 2

 3   GENE S. HAGOOD

 4   Law Offices of Gene S. Hagood

 5   1520 East Highway 6

 6   Alvin, Texas   77511

 7   (281) 331-5757

 8   firm@h-nlaw.com

 9       Appearing on behalf of the Plaintiff.

10

11   MARCO JILPAS (Via Telephone)

12   Hodge & James

13   1617 East Tyler Avenue

14   Unit A

15   Harlingen, Texas   78550

16   (956) 425-7400

17   mjilpas@hodgejames.com

18       Appearing on behalf of the Defendant, Cruces

19       Internacionales.

20

21

22

23

24

25

Electronically signed by Stacy Locher (101-356-824-1446)        c772c124-4c31-41cd-b394-8e4ec5698037

```
 1   EDDY L. DE LOS SANTOS

 2   Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.

 3   1301 McKinney Street

 4   Suite 3700

 5   Houston, Texas  77010

 6   (713) 650-9700

 7   edelossantos@bakerdonelson.com

 8        Appearing on behalf of the Defendant, Benteler de

 9        Mexico SA de CV.

10

11   COREY J. STRINGER

12   Benteler Automotive Corporation

13   2650 North Opdyke Road

14   Building B

15   Auburn Hills, Michigan  48326

16   (248) 364-7106

17   corey.stringer@benteler.com

18        Appearing on behalf of the Defendant, Benteler de

19        Mexico SA de CV.

20

21

22

23

24

25
```

Electronically signed by Stacy Locher (101-356-824-1446)          c772c124-4c31-41cd-b394-8e4ec5698037

1   CHRISTOPHER C. PETERSON

2   Lopez Peterson, P.L.L.C.

3   101 West Hillside

4   Suite 1

5   Laredo, Texas  78041

6   (956) 718-2134

7   cpeterson@lopezpeterson.com

8       Appearing on behalf of Benteler Automotive.

9

10  ALSO PRESENT:

11  Loren Luzod - Video Technician

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Stacy Locher (101-356-824-1446)          c772c124-4c31-41cd-b394-8e4ec5698037

1                          TABLE OF CONTENTS

2

3    WITNESS                                    PAGE

4    MATTHEW GENE HALL

5

6    EXAMINATION

7    BY MR. HAGOOD:                              7

8

9                            EXHIBITS

10

11   EXHIBIT                                    PAGE

12   (Pre-marked Exhibits attached to transcript.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Stacy Locher (101-356-824-1446)      c772c124-4c31-41cd-b394-8e4ec5698037

1         here in -- this morning.  Once the tray pack --
2    A.   Uh-huh.
3    Q.   I'm going to write that down.  You'll understand I got
4         Concane and Ciccone (phonetic) and Peterson and Lopez
5         mixed up from time to time.  I'm going to write it
6         down.
7    A.   I think if you said termos I would know what you mean,
8         that's fine.
9    Q.   Thank you very much.  I think it helps the jury and I
10        think it helps us if we use the same terminology the
11        whole time.
12   A.   That will be fine, I'll be careful.
13   Q.   So you'll be okay with us using the word termos?
14   A.   Yes.
15   Q.   And that term, again, is -- for definition purposes is
16        the fully built tray pack that you and I talked about
17        a few minutes ago, is that right?
18   A.   Okay, that sounds right.
19   Q.   So when the termos arrives in -- at Benteler Duncan
20        then at some time shortly after the arrival then your
21        job takes over?
22   A.   Yes.
23   Q.   Again, just in general, these four rear sub frame
24        assemblies are unpackaged, whatever is done with them
25        is done and then somehow, again, we'll get into the

Electronically signed by Stacy Locher (101-356-824-1446)                  c772c124-4c31-41cd-b394-8e4ec5698037

1          details of it, the lids and the bases are then moved

2          to some storage area and later transported back to

3          Benteler Mexico in Pueblo?

4     A.   That's correct.

5     Q.   Okay.  And I know it's a broad brush, just getting the

6          supply chain.

7     A.   Okay.

8     Q.   Then it gets back to Pueblo, the Benteler Mexico

9          facility in Pueblo, and then whatever happens there,

10         that's not part of what you do?

11    A.   Correct.

12    Q.   And then the cycle starts all over again, it's built,

13         the termos is built, transported back to Benteler

14         Duncan, right?

15    A.   Yes.

16    Q.   All right.  When does your job start in relation to

17         and specifically related to the termos of the type

18         that we are involved with, that we have been talking

19         about?

20    A.   So my job as an engineer really supports the forklift

21         drivers that handle the material so as far as me

22         personally handling the dunnage or material, I do not.

23    Q.   Okay.  Now you got dunnage and material, we talked

24         about the termos?

25    A.   Yes.  Did I say that again, sorry, termos.

Electronically signed by Stacy Locher (101-356-824-1446)                    c772c124-4c31-41cd-b394-8e4ec5698037

1        off?

2   A.   Correct.

3   Q.   All right.  Are you involved in what the operator does

4        with those lids and bases after that?

5   A.   That's a crossover point I would say because what they

6        do -- we present material to them to work and then

7        they present the dunnage back to us so they handle the

8        part, they are finished with that given tray pack,

9        termos.  When they're taken all four of those sub

10       frames out, they put the lid back on, there is a

11       conveyor adjacent, right beside them that is flowing

12       the opposite direction so it flows down towards the

13       forklift driver, you can then --

14  Q.   Okay.  Makes sense.

15  A.   Okay.

16  Q.   That's exactly where I was going.  I appreciate the

17       explanation.  So this operator then would literally --

18       when the lid comes off of one unbanded termos, that

19       lid would then go onto an adjacent but opposite

20       direction, gravity-fed conveyor?

21  A.   Yeah, it goes on top of the empty base and it's

22       returned in a unit load just the way it came in only

23       without the parts inside.

24  Q.   Okay.  Well, the lid has got to come off before the

25       base comes out, right?

Electronically signed by Stacy Locher (101-356-824-1446)          c772c124-4c31-41cd-b394-8e4ec5698037

```
 1   A.   The lid comes off first and then they consume the
 2        parts and when the base gets slid out to the outbound,
 3        they take the lid, put it back on, send it back out.
 4   Q.   Right.  Where does the lid go during the time that you
 5        are taking off those four pieces?
 6   A.   They just aside it in between, there is a gap in
 7        between the conveyors, they set it right there until
 8        they are ready for it.
 9   Q.   No magic to it, just set it down on the ground and
10        wait until they can get the base?
11   A.   Yeah, it stays vertically to my knowledge.  It stays
12        ready to go, they pick it up, put it on there.
13   Q.   Okay.  So once the four pieces are out, the auto parts
14        are out?
15   A.   Yes.
16   Q.   Then the base becomes accessible and the base is then
17        picked up, moved from the -- from that conveyor over
18        to the outbound conveyor?
19   A.   Yes.
20   Q.   That goes back to you?
21   A.   Yes.
22   Q.   Okay.  All right.  And the lid is also placed inside
23        that base?
24   A.   Yeah, it's just on top of the base in the same
25        orientation that it came in.  It's not upside down,
```

Electronically signed by Stacy Locher (101-356-824-1446)        c772c124-4c31-41cd-b394-8e4ec5698037

```
 1        it's right side up, it fits on there.
 2   Q.   It's not inverted?
 3   A.   Correct.
 4   Q.   The base -- the lid is just put back on top in the way
 5        that it came in?
 6   A.   Correct.
 7   Q.   Just without the auto parts?
 8   A.   Correct.
 9   Q.   Okay.  How many empty lids and bases -- do you
10        understand, I'm talking about a base meaning the
11        pallet and the tray that are bolted together?  Are you
12        with me on that?
13   A.   I do.
14   Q.   Because the tray and the pallet are bolted and the way
15        it was designed, if you are aware, it was to be
16        permanently bolted together.  Are you generally aware
17        of that?
18   A.   I would say generally but particulars, the packaging,
19        not so much.
20   Q.   That's fine.  So regardless of that then, you
21        understand when I use the term base I mean both the
22        pallet and the tray?
23   A.   I do.
24   Q.   How many pallet and trays are stacked into one group
25        when they are moved back down the outgoing conveyor?
```

Electronically signed by Stacy Locher (101-356-824-1446)          c772c124-4c31-41cd-b394-8e4ec5698037

1   Q.   Okay.  So the forklift operator would then pick up the
2        empty lids and bases with the forklift?
3   A.   Correct.
4   Q.   And where would the forklift operator place those lids
5        and bases then as he's stacking one on top of the
6        other?
7   A.   So as part of his return trip he would take them, set
8        them next to the outbound dunnage trailer.
9   Q.   Okay.  I think you are a step ahead of me.
10  A.   Okay.
11  Q.   When these lids and bases return to the area where the
12       forklift operator originally put them on the conveyor,
13       they come to him one lid and one base at a time in the
14       way you've described?
15  A.   Right.
16  Q.   One behind the other kind of thing?
17  A.   Right.
18  Q.   Is it possible for those lids and bases to fall off or
19       get damaged on that conveyor?
20  A.   Anything is possible but I've never seen it happen.
21  Q.   And that was going to be my next question.  Have you
22       ever seen it happen?
23  A.   No.
24  Q.   Okay.  When a lid and a base arrive back down where
25       the forklift operator was, okay, he then takes it off

Electronically signed by Stacy Locher (101-356-824-1446)                    c772c124-4c31-41cd-b394-8e4ec5698037

1          the conveyor with the forks?

2    A.   Correct.

3    Q.   Puts it where?

4    A.   He doesn't put it anywhere, he keeps ahold of it.

5          He'll take the entire stack back to the outbound

6          trailer.

7    Q.   Just one at a time?

8    A.   No, he'll stack them and the conveyor may have four

9          units presented to him.  He'll lift one up, raise it

10         this high, the next one rolls underneath it, he'll set

11         it down on it, come out of where he was, go back in

12         under the bottom one, raise it up, et cetera, until he

13         completes whatever is available and then he doesn't

14         leave them anywhere near there.  He takes them back to

15         the outbound dunnage or termos trailer empty.

16   Q.   In that third door that you talked about back in the

17         2015 time frame?

18   A.   Yes.

19                   (Mr. De Los Santos left the deposition room

20                   at 10:52 a.m.)

21   BY MR. HAGOOD:

22   Q.   The approximate distance the forklift driver has to

23         drive to get to this outbound trailer is what?

24   A.   I would say 100 feet because it's 20 feet further than

25         where he was from the line so that is probably the

Electronically signed by Stacy Locher (101-356-824-1446)              c772c124-4c31-41cd-b394-8e4ec5698037

```
 1   A.   Yes.
 2   Q.   Do 2 through 7 apply to the type termos that we are
 3        involved with in this case?
 4   A.   No.
 5   Q.   Okay.  Getting back to the nine units stacked high, I
 6        assume that these columns would go right side and left
 7        side similar to the way that they came in just without
 8        the auto parts?
 9   A.   That's correct.
10   Q.   All right.  Are they banded together?
11   A.   No.
12   Q.   And do you understand when I use the term unitized or
13        compartmentalized, do you understand generally that
14        term?
15   A.   Yes, generally.
16   Q.   Is there any unitization of a column of these empty
17        lids and bases, the nine stacked that we talked about?
18   A.   No, other than them nesting on each other.
19   Q.   Just the weight of them one on top of the other?
20   A.   Yes.
21   Q.   Is there a loading configuration or a load plan of
22        which you are aware that is required for the outbound
23        empty lids and bases there at Benteler Duncan?
24   A.   I'm not aware of any.
25   Q.   I want to be sure, this is the trailer that is hauled
```

Electronically signed by Stacy Locher (101-356-824-1446)      c772c124-4c31-41cd-b394-8e4ec5698037

1         back to Pueblo?

2    A.   This trailer, from my knowledge, will make it to the

3         border.  I don't know whether this particular trailer

4         can go all the way to the plant.  I just don't know

5         that.

6    Q.   Okay.  I understand.  I accept what you tell me makes

7         complete sense.  This is the trailer that, at least

8         from what you are aware of, would leave Benteler

9         Duncan and at least head toward the border, whether or

10        not it can cross the border, that's international laws

11        that your job really doesn't get you into?

12   A.   That's correct.  I believe it's the trailer heading

13        back towards the supply chain, along the supply chain.

14        What it does at the border, I just don't know.

15   Q.   And the supply chain is what you and I discussed 30,

16        45 minutes ago?

17   A.   Yes.

18   Q.   So what instructions does the forklift operator have

19        when he's loading these nine units in the way that we

20        just discussed, how is that done?

21   A.   I don't know.

22   Q.   Is there a supervisor for the forklift operator to the

23        extent -- correction, my apologies.

24             Does the forklift operator then have a

25        supervisor in connection with this loading operation?

Electronically signed by Stacy Locher (101-356-824-1446)        c772c124-4c31-41cd-b394-8e4ec5698037

 1          signature.  Yes, I see his name printed there.
 2     Q.   All right.  Do you have any business dealings with
 3          either one of those two gentlemen on a regular basis?
 4     A.   Jeff's at the plant, yeah, I work with him, not every
 5          day but we definitely work in the same plant and have
 6          opportunity to work together.  James, not so much.
 7          He's sort of more in the structures business but he
 8          has been at our plant and has done some work with us.
 9          He's at the corporate level.
10     Q.   Corporate level is up here?
11     A.   Yes.
12     Q.   Okay.  Taking a look at Exhibit 189, please, sir.
13          It's Bates BDM 0151.
14     A.   There was a BDM on the last one that was 152.
15     Q.   Did I miss it?
16     A.   It's way up in the corner.
17     Q.   Yes, thank you very much.
18               Chris, my apologies.  Plaintiff's
19          Exhibit 190 has BDM 0152.
20               Thank you, Mr. Hall.  Plaintiff's
21          Exhibit 189, BDM 0151.  Another packaging
22          specification data sheet.  Do you see that?
23     A.   I do.
24     Q.   I cannot read today's date.  Are your eyes good
25          enough?

Electronically signed by Stacy Locher (101-356-824-1446)       c772c124-4c31-41cd-b394-8e4ec5698037

1    A.    It looks like 4-14, 2008.

2    Q.    Okay.  Is it 6 or 8, can you tell?

3    A.    I see an 8.

4    Q.    Within this packaging spec sheet there is a packaging

5          loading instruction section and a return empty

6          instruction.  Do you see that?

7    A.    I do.

8    Q.    Were you aware of these packaging loading instructions

9          and return empty instructions before you and I are

10         looking at it right now?

11   A.    I've seen these data sheets before.  I've seen some

12         with packaging instructions on them and some without.

13         This specific piece of document, no, I don't think --

14         I don't know that I've seen this one.

15   Q.    Okay.

16   A.    We've seen a few already in our preparation.  I may

17         have seen this one but the picture on the bottom right

18         looks new to me.

19   Q.    When you say it looks new to you, what do you mean?

20   A.    The dunnage is brand new for one.

21   Q.    The termos?

22   A.    Yeah, they look like they're brand new.

23   Q.    How can you tell?

24   A.    They just look new, yellow, clean.

25   Q.    In the section where it says return empty

Electronically signed by Stacy Locher (101-356-824-1446)          c772c124-4c31-41cd-b394-8e4ec5698037

1           instructions, this is done at Benteler Duncan?

2    A.    Yes, I would assume so.

3    Q.    Okay.  Here is the part that I'm interested in, number

4          7, place lid back on empty unit load so that yellow

5          stripes are aligned.  Did I read that right?

6    A.    Yes, I believe so.

7    Q.    I'm assuming that's the way you folks do it?

8    A.    Yeah, to my knowledge on that line, they really only

9          nest properly if you do it that way, but yes.

10   Q.    And I think that's right, that's the way we've figured

11         it out so all right.  Then number 8, stack three empty

12         unit loads together, place one plastic band around all

13         three.  Did I read that right?

14   A.    You did.

15   Q.    When it says empty unit loads, what is a unit load?

16   A.    I would assume that's the top and the bottom just as

17         we've described it, in fact, it's the picture mid

18         upper left there.  That's with the stripes aligned and

19         the lid on the bottom.  That was -- that would be what

20         I would interpret to be an empty unit load.

21   Q.    Okay.  And three empty unit loads would be the lid,

22         the tray and the pallet.  Is that the three?

23   A.    I think it would be three of those.

24   Q.    Of those, all right.

25   A.    Three of the complete unit load.

Electronically signed by Stacy Locher (101-356-824-1446)          c772c124-4c31-41cd-b394-8e4ec5698037

1  Q.  Okay.  And place a --  place one plastic band around

2      all three.  Do you folks place one plastic band around

3      all three?

4  A.  We do not, to my knowledge.

5  Q.  Number 9, return ratio is 3 to 1, empty to full.  I

6      know you used the term 3 to 1 earlier.  What does 3 to

7      1 mean when it references here empty to full?

8  A.  So you can see in that lower right picture that they

9      are three high with parts inside?

10 Q.  Yes, sir.

11 A.  If you were to stack nine of them with the other

12     picture.  They would be roughly the same height as

13     that and it would fit in the trailer with enough

14     clearance to get them in and out.

15 Q.  Okay.  So within Benteler Automotive why aren't the

16     three empty unit loads placed with one plastic band

17     around all three?

18 A.  My interpretation of that is that they nest fine

19     without it and they seat themselves very well and stay

20     in position in the truck.

21 Q.  This packing spec sheet is from Benteler Automotive,

22     correct?

23 A.  That is the header on there, yes, I feel confident of

24     that.

25 Q.  And did anybody with Benteler Automotive tell you that

Electronically signed by Stacy Locher (101-356-824-1446)      c772c124-4c31-41cd-b394-8e4ec5698037

1          it was acceptable to return these empty unit loads not

2          banded in the way that the instructions require?

3     A.   Not to my knowledge.

4     Q.   What is the purpose of placing one plastic band around

5          all three-unit loads?

6     A.   I don't really know.

7     Q.   You remember you and I talked about the term

8          unitization?

9     A.   Yes.

10    Q.   Would that be a unitization concept?

11              MR. PETERSON:  Objection, ambiguous.

12              You can answer.

13    A.   I think that makes sense.  That would be what I would

14         think it would be but I don't know for sure.

15    BY MR. HAGOOD:

16    Q.   Okay.  And from a securement standpoint, do you know

17         what purpose unitization accomplishes?

18              MR. PETERSON:  Objection, ambiguous,

19         speculative.

20    BY MR. HAGOOD:

21    Q.   You can answer.

22    A.   I just think that it's, you know, either to keep a

23         unit load separate by itself, to isolate it but it

24         could also be to secure it I guess.

25    Q.   How long has Benteler Automotive returned these empty

Electronically signed by Stacy Locher (101-356-824-1446)                    c772c124-4c31-41cd-b394-8e4ec5698037

     1        lids and bases, these unit loads, without having the
     2        plastic band around all three?
     3   A.   I don't know that.
     4   Q.   Can you think of any time in your career with Benteler
     5        Automotive that you have seen a plastic band placed
     6        around all three?
     7   A.   I cannot.
     8   Q.   In fact, you and I clearly went through very carefully
     9        step by step the process that was used to take the
    10        empties, move them from the -- what did we call it,
    11        the conveyor to the staging to the truck.  We went
    12        through that step by step and nowhere within that step
    13        was there any indication of rebanding, correct?
    14   A.   Correct.
    15   Q.   And that was the procedure that was used back in 2015,
    16        correct?
    17   A.   Correct.
    18   Q.   And for the time -- the years before that at least
    19        that you were involved with, from 2011 or so until
    20        today?
    21   A.   That's my understanding.
    22   Q.   Okay.  Do you think it would be a good idea when you
    23        leave here to go find out why banding was necessary on
    24        the -- these empty units and you folks aren't doing
    25        that?

Electronically signed by Stacy Locher (101-356-824-1446)        c772c124-4c31-41cd-b394-8e4ec5698037

                        CERTIFICATE OF NOTARY

1

2    STATE OF MICHIGAN )

3                      ) SS

4    COUNTY OF OAKLAND )

5

6              I, STACY K. LOCHER, certify that this

7         deposition was taken before me on the date

8         hereinbefore set forth; that the foregoing questions

9         and answers were recorded by me stenographically and

10        reduced to computer transcription; that this is a

11        true, full and correct transcript of my stenographic

12        notes so taken; and that I am not related to, nor of

13        counsel to, either party nor interested in the event

14        of this cause.

15

16

17

18

19

20

21

22             STACY K. LOCHER, CSR-5699

23             Notary Public,

24             Oakland County, Michigan

25        My Commission expires:  October 16, 2018

Electronically signed by Stacy Locher (101-356-824-1446)          c772c124-4c31-41cd-b394-8e4ec5698037