United States District Court
Southern District of Texas
**ENTERED**
April 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| MARIO A. VELAZQUEZ, § | |
| VS. § § § | |
| BENTELER AUTOMOTIVE – MEXICO and BENTELER AUTOMOTIVE CORPORATION, § § § § | CIVIL ACTION NO. 5:20-CV-215 |
| VS. § § § | |
| ALLIED PLASTICS, INC., FORMING TECHNOLOGIES, LLC and PACKAGING CONCEPTS & DESIGN, LLC § § § § § | |

# FINAL JUDGMENT

Third-Party Defendants Allied Plastics, Inc., Forming Technologies, LLC, and Packaging Concepts & Design, LLC each filed a Motion for Summary Judgment, seeking dismissal of all claims asserted against them by the Benteler Defendants (Dkt. Nos. 6–8). The Court granted each of the Third-Party Defendants' Motions for Summary Judgment (Dkt. No. 22).

It is therefore **ADJUDGED** that all claims and causes of action of the Third-Party Complaint (Dkt. No. 2) filed by Benteler de Mexico S.A. de C.V. Mexico/Puebla and Benteler Automotive Corporation are dismissed as to Allied Plastics, Inc., Forming Technologies, LLC, and Packaging Concepts & Design, LLC with prejudice.

It is further **ADJUDGED** that Benteler de Mexico S.A. de C.V. Mexico/Puebla and Benteler Automotive Corporation take nothing from the Third-Party Defendants in this cause. All parties are to bear their own fees and costs.

This is a final judgment disposing of all issues and parties. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

It is so **ORDERED**.

**SIGNED** April 13, 2021.

                                            Marina Garcia Marmolejo
                                            United States District Judge